FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRENT D. HARTMAN, )<br>)<br>Defendant. )<br> ) | Case No. 2:07-mj-286-GWF<br><br>**ORDER** |

On May 12, 2008, an arrest warrant was issued for the defendant for his failure to appear at his status hearing which was scheduled for May 6, 2008.

On January 22, 2018, the defendant was arrested in Tampa, Florida and made his initial appearance that same day in the Middle District of Florida. The defendant was released on a $1,000.00 cash bond posted to the Court.

On February 1, 2018, the defendant completed all obligations which were imposed by the Court on April 8, 2008.

**IT IS SO ORDERED** that the $1,000.00 posted in the Middle District of Florida, be returned to the legal owner Shirley Lockwood, as this case is closed.

DATED this 2nd day of February 2018.

GEORGE FOLEY, JR.
United States Magistrate Judge